UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
NORTHERN DIVISION

U.S. COURTHOUSE - CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

December 5, 2017

LETTER ORDER

To Counsel of Record:   *United States of America v. Warren Gregory Belcher*
Criminal Action No. RDB-17-134

Dear Counsel:

On December 4, 2017, this Court held a motions hearing regarding pending motions *in limine* and ruled as follows:

1. The Defendant's Motion *in Limine* to Exclude Statements Made During Plea Negotiations (ECF No. 26) is GRANTED, for the reasons set forth on the record, with the understanding that counsel will brief this Court on any issues related to confronting Defendant Belcher with the statements at issue should he choose to testify;

2. The Defendant's Motion *in Limine* to Exclude Evidence of Civil Tax Penalties Assessed Against Mr. Belcher (ECF No. 27) is DENIED, for the reasons set forth on the record, with the understanding that this Court will provide a limiting instruction, to be agreed upon by the parties, during and at the close of trial;

3. The Government's Motion *in Limine* to Exclude Self-Serving Hearsay (ECF No. 28) has been WITHDRAWN WITHOUT PREJUDICE;

4. The Government's Motion *in Limine* to Limit Evidence Regarding Federal Tax Laws (ECF No. 33) has been WITHDRAWN WITHOUT PREJUDICE with the understanding that this Court will provide a limiting instruction that the evidence is only relevant to the Defendant's good faith; and

5. Consistent with this Court's ruling regarding evidence of federal civil tax penalties, this Court will provide a limiting instruction, to be agreed upon by the parties, as to evidence regarding communications with the Comptroller of Maryland.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge