## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　　　　　*

v.　　　　　　　　　　　　　　　　　　*　　　　**Crim. No. RDB-17-0134**

WARREN GREGORY BELCHER　　　　　*

### MOTION *IN LIMINE* TO EXCLUDE AUDIO RECORDING OF
### CIVIL HEARING BEFORE COMPTROLLER OF MARYLAND OFFICE

The defendant, Warren Gregory Belcher, by and through counsel, hereby moves this Honorable Court to exclude the audio recording of the July 15, 2015, informal civil hearing before the Comptroller of Maryland Office, under Rule 403 of the Federal Rules of Evidence.  In support of his motion, Mr. Belcher states as follows:

1.　　　Mr. Belcher is charged with one count of corruptly impeding the internal revenue laws, in violation of 26 U.S.C. § 7212(a), and six counts of filing false tax returns, in violation of 26 U.S.C. §7206(1).  Trial is scheduled to begin December 11, 2017.

2.　　　The government has given notice of its intent to introduce the audio recording of the July 15, 2015, informal civil hearing before the Comptroller of Maryland Office.

3.　　　Even if relevant,[1] evidence may be excluded under Rule 403 "if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."  Fed. R. Evid. 403.

4.　　　Admitting the audio recording at issue would run afoul of Rule 403, in that such evidence is needlessly cumulative and would result in wasted time.  Following the December 4,

---

[1]　　　Mr. Belcher does not concede that the evidence at issue is relevant and preserves his objection to the relevancy of this evidence, as argued in the December 4, 2017, hearing before the Court.

2017, hearing before this Court, the government provided an exhibit list, which indicates its intent

to introduce the Notice of Final Determination issued by the Comptroller of Maryland (proposed

government exhibit no. 104), as well as indicated its intent to introduce the testimony of either

Melinda Dunmire, the July 15, 2015, hearing officer, or Samuel Buo, the Comptroller of Maryland.

The audio recording—which runs about 50 minutes in length—would be needlessly cumulative in

light of the other documentary and testimonial evidence the government seeks to introduce.

WHEREFORE, Mr. Belcher respectfully requests that this Honorable Court exclude the

audio of the hearing conducted before the Comptroller of Maryland Office.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

_____/s/_____
ELIZABETH G. OYER (#95458)
SHARI SILVER DERROW (#19181)
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Telephone:  (410) 962-3962
Facsimile:   (410) 962-0872
Email:  Liz_Oyer@fd.org
            Shari_Derrow@fd.org