**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA      *

v-      *      Criminal No: RDB-17-cr-0134

WARREN GREGORY BELCHER      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| 1 | *Cracking the Code*, Peter Eric Hendrickson 2003 | | |
| 2 | Form W-9 (blank) | | |
| 3 | September 26, 2011 Letter from IRS re: CP2000 | | |
| 4 | April 4, 2012 Letter from IRS re: 3176C | | |
| 5 | [Reserved] | | |
| 6 | December 5, 2012 Letter to IRS re: Letter 1058 dated October 27, 2012 | | |
| 7 | http://www.losthorizons.com/Cracking_the_Code.htm | | |
| 8 | http://www.losthorizons.com/BulletinBoard.htm | | |
| 9 | http://www.losthorizons.com/GeneralFAQs.htm | | |
| 10 | http://losthorizons.com/Documents/CtCSuppression.htm | | |
| 11 | http://www.losthorizons.com/A/FRPAbusePushback.htm | | |