CASE NUMBER: RDB-17-0134
CASE NAME: United States of America v. Warren Gregory Belcher

Is it lawful to alter a 1099

① Is it lawful or un-lawful for the taxpayer to alter a 1099 Form?

② Who is allowed by law to change it?

JUROR NUMBER: 11
DATE: December 14, 2017
TIME: 4:35

For Court Use Only:

Recv'd by: _____   DATE: _____   TIME: _____

Court Exhibit #: _____

CASE NUMBER: RDB-17-0134
CASE NAME: United States of America v. Warren Gregory Belcher

Juror # 5 needs to make a text or call other coaches notifying them that he will not be at practice tonight.

JUROR NUMBER: 11
DATE: December 14, 2017
TIME: 6:23

For Court Use Only:

Recv'd by: _____    DATE: _____    TIME: _____

Court Exhibit #: _____

Jury Note (Rev. 2/2009)

CASE NUMBER: RDB-17-0134
CASE NAME: United States of America v. Warren Gregory Belcher

We Have a Verdict.

JUROR NUMBER: 11
DATE: December 14, 2017
TIME: 6:30

| For Court Use Only: |
| --- |
| Recv'd by: _____ DATE: _____ TIME: _____ |
| Court Exhibit #: _____ |

Jury Note (Rev. 2/2009)