# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**  *

**v.**  *  **Criminal No. RDB-17-0134**

**WARREN GREGORY BELCHER**  *

## MOTION TO SEAL

Warren Gregory Belcher, by counsel, hereby moves to seal his sentencing letter and exhibits in this case. As grounds therefore, the defense states that the letter provides confidential information regarding Mr. Belcher. Sealing is necessary to protect Mr. Belcher's confidential information.

WHEREFORE, Mr. Belcher requests that the sentencing letter and exhibits be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

_____/s/_____
Shari Silver Derrow #19181
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org